**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

384887 06DD1G17 1 110000
CONSALO & SONS PACA TRUST ACCOUNT
EUGENE J. MALADY, LLC
211-213 N OLIVE ST
MEDIA PA  19063

| | |
|---|---|
| Page: | 1 of 2 |
| Statement Period: | Mar 21 2013-Mar 31 2013 |
| Cust Ref #: | 4280461008-718-T-### |
| Primary Account #: | 428-0461008 |

## CONVENIENCE IS A CLICK AWAY.
GET MORE SECURITY, MORE ACCESS TO YOUR STATEMENTS AND LESS CLUTTER WHEN YOU CLICK TO "GO PAPERLESS." NOW YOU CAN VIEW ALL OF YOUR STATEMENTS ISSUED ON OR AFTER APRIL 2010 FROM YOUR ONLINE BANKING ACCOUNT. REVIEW AND SAVE THESE STATEMENTS ANYTIME. AND, GET E-MAIL ALERTS WHEN YOUR NEW STATEMENT IS POSTED. TO LEARN MORE, VISIT WWW.TDBANK.COM/GO-ONLINE

### TD Business Interest Checking
CONSALO & SONS PACA TRUST ACCOUNT
EUGENE J. MALADY, LLC

Account # 428-0461008

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 1,175.30 |
| Deposits | 83,306.15 | Interest Paid this Period | 0.68 |
| Other Credits | 0.68 | Interest Paid Year-to-Date | 0.68 |
| | | Annual Percentage Yield Earned | 0.10% |
| Ending Balance | 83,306.83 | Days in Period | 11 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/28 | DEPOSIT | 79,130.25 |
| 3/28 | DEPOSIT | 4,175.90 |
| | Subtotal: | 83,306.15 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/29 | INTEREST PAID | 0.68 |
| | Subtotal: | 0.68 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 3/21 | 0.00 | 3/29 | 83,306.83 |
| 3/28 | 83,306.15 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender